United States District Court
Southern District of Texas
**ENTERED**
May 23, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Bradly Hardin, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action H-22-111 |
| | § | |
| The Texian Group, Inc., | § | |
| *Defendant.* | § | |

## ORDER

Pending before the court is Plaintiffs' Motion for Preliminary Approval of Class and Collective Settlement. ECF No. 90. There is no certificate of conference attached, which is required by Local Rule 7.1(D). By May 30, 2025, the parties shall file a certificate of conference indicating Defendants' position on the motion.

Signed at Houston, Texas, on May 23, 2025.

_____
Peter Bray
United States Magistrate Judge